MAGISTRATE'S CRIMINAL MINUTES    FILED IN OPEN COURT
REVOCATION PROCEEDINGS

Date 3/21/12 @ 9:50 am
Tape FTR @ _____
Time in Court: 55 mins

MAGISTRATE JUDGE E. CLAYTON SCOFIELD III    ANGELA SMITH DEPUTY CLERK

CASE NUMBER: 1:12-CR-39 RWS    DEFENDANT'S NAME: Hassa Jackson

AUSA: Mary Roemer    DEFENDANT'S ATTY: Jimmy Hardy
TYPE COUNSEL: RETAINED   CJA   (FDP)

USPO/PTR: Michael Slay

## REVOCATION PROCEEDINGS

____ Order appointing Federal Defender Program.

____ Order directing defendant to obtain counsel of his choice by _____

✓ Preliminary hearing (held) waived continued to _____

____ Waiver filed.

____ Final revocation hearing set to be set _____

____ Final revocation held.

____ Defendant admits denies the allegations as set forth in the petition.

✓ Court finds defendant (has) has not violated terms of release/probation.

____ Court ordered defendant's release / probation to be ____ revoked

     ____ terminated ____ reinstated / continued ____ vacated

     ____ modified (see below) ____ Written order to follow

## BOND/DETENTION PROCEEDINGS

✓ Government motion to detain. Detention hearing ~~set for~~ held

Bond set at $_____    NON-SURETY SURETY/PROPERTY COMMERCIAL SURETY ONLY

Special conditions _____

____ Bond filed; defendant released.

____ Bond not made. Defendant remanded to US Marshal.

✓ Bond not allowed.

____ Detention Order. ____ Written order to follow.

✓ SEE BACK

WITNESSES:

Col- Michael Slay- Probation officer
_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____